IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:17-cr-123 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY JOHNSON | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 4th day of April, 2024, upon consideration of Defendant Anthony Johnson's motion to vacate his conviction under 28 U.S.C. § 2255 (Doc. 129), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. 2253(c).

**IT IS FURTHER ORDERED** that Johnson's Motion for Status Quo (Doc. 136) and Motion to Compel Judgment (Doc. 144) are **DENIED AS MOOT**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge